FILED
CLERK, U.S. DISTRICT COURT
JUN 18 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RYAN MCGINLEY,<br><br>    Defendant. | CR No. CR19-00358-RGK<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 641: Theft of Government Property in Excess of $1,000] |

The Grand Jury charges:

[18 U.S.C. § 641]

On or about April 8, 2017, in Santa Barbara County, within the Central District of California, defendant RYAN MCGINLEY knowingly and willfully embezzled, stole, purloined, and converted to his own use money of the United States Postal Service (the "USPS"), a department and agency of the United States, having a value in excess of $1,000, namely, cash and checks totaling $1,524.60, to which he knew that he

//
//
//
//

was not entitled, with the intent to deprive the USPS of the use and benefit of that money.

A TRUE BILL

/s/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

JULIA S. CHOE
Assistant United States Attorney
General Crimes Section

2